UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____ in this matter. On _____, a Loss Mitigation Order was entered concerning:

Property: _____

Creditor: _____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on _____.

For the reason(s) set forth below, the _____ hereby requests:

❑ An extension of the Loss Mitigation Period to _____ .

❑ Early termination of the Loss Mitigation Period, effective _____ .

Set forth the applicant's reason(s) for the above request:

**Borrower uploaded package to portal. Waiting for respoonse from lender.**

Dated: _____         _____
                                                                  Applicant's signature

*Revised 9/19/13*